# NO. 12-24-00179-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BRIAN GLASS D/B/A LIMITLESS HOMES AND DESIGN, LLC, GAYLYNN GLASS D/B/A LIMITLESS HOMES AND DESIGN, LLC AND LIMITLESS HOMES AND DESIGN, LLC, APPELLANTS* | *§* | *APPEAL FROM THE 173RD* |
| | *§* | *JUDICIAL DISTRICT COURT* |
| *V.* | | |
| *BEVERLY WALKER, APPELLEE* | *§* | *HENDERSON COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay-- at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On May 29, 2024, the Clerk of this Court notified Appellants, Brian Glass d/b/a Limitless Homes and Design, LLC, Gaylynn Glass d/b/a Limitless Homes and Design, LLC, and Limitless Homes and Design, LLC, that the filing fee in this appeal is due and that the appeal would be subject to dismissal if the fee was not paid on or before June 10. The date for remitting the filing fee passed, and Appellants have not paid the fee or otherwise shown that they are excused from paying the fee.[1]

Because Appellants failed, after notice, to comply with Rule 5, the appeal is ***dismissed***.[2] *See* TEX. R. APP. P. 42.3(c).

Opinion delivered June 21, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] The case information sheet from the Henderson County District Clerk's Office reflects that Appellants were not declared indigent in the trial court.

[2] We also note that Appellants have not filed the required docketing statement or corrected defects in the filing of their notice of appeal. *See* TEX. R. APP. P. 32.1 (docketing statement); *see also* TEX. CIV. PRAC. & REM CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record); TEX. R. APP. P. 26.1 (time for filing notice of appeal); TEX. R. APP. P. 26.3(b) (extension of time to file notice of appeal); ***Verburgt v. Dorner***, 959 S.W.2d 615 (Tex. 1997).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 21, 2024**

**NO. 12-24-00179-CV**

**BRIAN GLASS D/B/A LIMITLESS HOMES AND DESIGN, LLC, GAYLYNN GLASS D/B/A LIMITLESS HOMES AND DESIGN, LLC AND LIMITLESS HOMES AND DESIGN, LLC,**
Appellants
V.
**BEVERLY WALKER,**
Appellee

Appeal from the 173rd District Court

of Henderson County, Texas (Tr.Ct.No. CV23-0327-392)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*